HAWK TECHNOLOGY SYSTEMS, LLC v. PHILADELPHIA PERFORMING ARTS CHARTER SCHOOL

| **Independent Claim No. 12** | **HAWK USP RE43,462 E** | **Product Disclosure** | **Comments & Reference** |
|---|---|---|---|
| The method of simultaneously displaying and storing multiple video images, comprising the steps of: *[12.0]* | ***(4:37-44)*** "The present invention implements a …video monitoring system … employing display windowing software… The preferred recording medium…"<br>***(Abstract, ll. 1-8)*** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br>***(4:37–41)*** "…an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | **[See page 5–Samsung Security Manager User Manual]**<br>Samsung Security Manager is an application software that enables the accessing and controlling Samsung's network devices from a remote PC. **Using this program, you may access and control your network devices via the Internet from anywhere, as well as monitoring connected camera. It provides users with remote access and playback/search an environment for remote monitoring that employs ease and effectiveness.**<br>All server components Installed onto one computer.<br> | Samsung Security Manager support displaying of video images on the screen and storing video images in storage.<br><br>https://www.samsung-security.com/SAMSUNG/upload/Product_Specifications/User_Manual-SSM-ENGLISH_Enterprise-151105.pdf |

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| receiving video images *at a personal computer based system* from ~~a plurality of~~*one or more* sources; *[12.1]* | ***(Abstract, ll. 1-8)*** **“**A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>***(2:66– 3:3)*** “The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression.” | **[See page 5–Samsung Security Manager User Manual]**<br><br>Samsung Security Manager is an application software that enables the accessing and controlling Samsung’s network devices from a remote PC. Using this program, you may access and control your network devices via the Internet from anywhere, as well as monitoring connected camera. It provides users with remote access and playback/search an environment for remote monitoring that employs ease and effectiveness.<br><br>All server components Installed onto one computer.<br><br>**[See page 8–Samsung Security Manager User Manual]** | Samsung Security Manager support displaying of the video images on a single screen received from the multiple cameras.<br><br>https://www.samsung-security.com/SAMSUNG/upload/Product_Specifications/User_Manual-SSM-ENGLISH_Enterprise-151105.pdf |

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| digitizing~~one or more~~*any* of the images ~~if~~ not already in digital form *using an analog-to-digital converter*; *[12.2]* | ***(Abstract, ll. 1-8)*** “A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>***(2:66 – 3:3)*** “The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression.” | **[See page 197 - Samsung Security Manager User Manual]**<br><br>**[See page 181 - Samsung Security Manager User Manual]**<br><br>Video Quality<br>Use I-Frame<br>Set the number of channels, the I-Frame mode will be applied for more than the specified channels.<br>It is applied to each monitor of each viewer.<br>It is used to avoid system overload of multi-channel video monitoring.<br><br>**Video compression methods hiring H.264 and MPEG4 codecs produces compressed video of one base frame (Intra-frame) and multiple predictions (predicted frames) only containing differences between each frame’s previous one.** | Samsung Security Manager compresses the video images using various encoders (such as MJPEG, MPEG4, H.264 etc.) to convert the analog video images to digital format.<br><br>https://www.samsung-security.com/SAMSUNG/upload/Product_Specifications/User_Manual-SSM-ENGLISH_Enterprise-151105.pdf |

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| displaying at least certain of the digitized images in separate windows on a *personal computer based* display device, using a first set of temporal and spatial parameters associated with each image in each window; *[12.3]* | ***(Abstract, ll. 1-8)*** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>***(2:66– 3:3)*** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>***(4:64-65)*** "Fig. 1 shows a computer monitor display for a system configured in accordance with Mode I as listed in Fig. 15." | **[See page 131– Samsung Security Manager User Manual]**<br> | Samsung Security Manager support displaying of compressed images in different windows of the single screen with suitable frame rate and resolution for each image.<br><br>https://www.samsung-security.com/SAMSUNG/upload/Product_Specifications/User_Manual-SSM-ENGLISH_Enterprise-151105.pdf |

HAWK TECHNOLOGY SYSTEMS, LLC v. PHILADELPHIA PERFORMING ARTS CHARTER SCHOOL

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **[See page 59–Samsung Security Manager User Manual]**<br><br>**[See page 59–Samsung Security Manager User Manual**<br>If you want to change the camera profile, high resolution, low resolution, and the recording profile-<br>**1. Select the camera whose profile is to be modified from the list of cameras registered to the site.**<br>**The profile of the camera under the device can be set up, or the camera can be selected individually.**<br>2. Select a camera to change the settings of from the list and select a changed value from the change item at the bottom.<br>**3.** To change the profile of the cameras in the list across the board, select the cameras using the [Ctrl] or [Shift] key in the keyboard and select the change value from the change item at the bottom.<br>**4.** Click the [Apply] button after the setup is complete. | |

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | MM `` You can only set the recording profile for a camera registered in the Recording Server.<br>You can set the property of each camera to Live (High), Live (Low), Live (Mobile) or Recording.<br>**-- In Video Properties, there are Resolution, Quality, Frame Rate, Compression, Bitrate Control, Bitrate and GOP size.**<br>A camera registered in DVR and NVR cannot be changed. | |

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | | |
| ~~simultaneously storing the displayed images~~*converting one or more of the video source images into a data storage format* using a second set of temporal and spatial parameters associated with each image*; and [12.4]* | ***(6:34–40)*** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions."<br>***Note:***<br>*The computer storage format is a "container" for the audio and video information, which is encoded in some compression codec. Popular computer storage formats include MOV, AVI, etc.*<br>*This claim element deals with converting a video file which has been compressed according to some established codec (like H.264), into a computer-readable container file (like MOV, or Quicktime).* | **[See page 131 –Samsung Security Manager User Manual]**<br><br>**[See page 59–Samsung Security Manager User Manual]** | Samsung Security Manager supports various encoders (including H.264) which converts the video images with adjusted frame rate into different storage format.<br>Samsung Security Manager allows the adjusting the fps, resolution and compression for each camera on the display when the event is detected and register it in the Recording Server.<br>https://www.samsung-security.com/SAMSUNG/upload/Product_Specifications/User_Manual-SSM-ENGLISH_Enterprise-151105.pdf |

HAWK TECHNOLOGY SYSTEMS, LLC v. PHILADELPHIA PERFORMING ARTS CHARTER SCHOOL

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|




**[See page 59–Samsung Security Manager User Manual]**

If you want to change the camera profile, high resolution, low resolution, and the recording profile-

1. Select the camera whose profile is to be modified from the list of cameras registered to the site.

The profile of the camera under the device can be set up, or the camera can be selected individually.

**2. Select a camera to change the settings of from the list and select a changed value from the change item at the bottom.**

3. To change the profile of the cameras in the list across the board, select the cameras using the [Ctrl] or [Shift] key in the keyboard and select the change value from the change item at the bottom.

**4.** Click the [Apply] button after the setup is complete.

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | MM `` **You can only set the recording profile for a camera registered in the Recording Server.**<br>-- **In Video Properties, there are Resolution, Quality, Frame Rate, Compression, Bitrate Control, Bitrate and GOP size.**<br><br>**[See page 80–Samsung Security Manager User Manual]**<br><br>**You can set the fps used for each camera and recording type (general/event) registered in the Recording Server**. – General recording types includes manual recording and continuous schedule recording. **- Event recording type includes: motion/alarm/video loss/intelligent video analysis/audio. You can set the recording file storage period for each camera activated.** - You can check the recording file storage period for each camera activated. - Press the Refresh button to renew the available storage period that is displayed.<br><br>**[See page 156–Samsung Security Manager User Manual]**<br><br>Digital zooming provides enlarging the video as using a magnifier.<br><br>1. Click a desired camera's video.<br><br>2. **Use digital zoom button to magnify/reduce desired portion of the video.**<br><br>3. Brightness and contrast can be adjusted too. ` | |

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | <br><br>**[See page 112–Samsung Security Manager User Manual]**<br>Indicators that appear by each camera in the list show the camera's status information.<br>• : General camera<br>• : Camera supports PTZ control<br>• : In recording<br>• : Camera disconnected by a user<br>• : Camera is disconnected / unreachable<br>• : Box Type<br>• : PT Driver Type<br>• : Fish-Eye/Panomorph Type | |

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | |  | |

HAWK TECHNOLOGY SYSTEMS, LLC v. PHILADELPHIA PERFORMING ARTS CHARTER SCHOOL

<table>
<tr><th>Independent Claim No. 12</th><th>HAWK<br>USP RE43,462 E</th><th>Product Disclosure</th><th>Comments & Reference</th></tr>
<tr>
<td>simultaneously storing the converted images in a storage device. [12.5]</td>
<td>(3:64–67) “It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or <u>disk-based</u>, or both tape-based and <u>disk-based data recording means</u>.”<br><br>(3:30–40) “Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of disk storage devices, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules. Images are preferably stored as a succession of data-compressed representations, corresponding to various window sizes sampled at diverse update rates; however, though the image representations need not be identical to the sizes and rates used for video monitors displaying the various images.”</td>
<td>[See page 5–Samsung Security Manager User Manual]<br><br>System Requirements<br>
<table>
<tr><th>Item</th><th>Minimum</th><th>Recommended</th></tr>
<tr><td>CPU</td><td>Intel Core i5-4670 @ 3.40GHz</td><td>Intel Core i7-4770 @ 3.40GHz</td></tr>
<tr><td>RAM</td><td>4 GB or more</td><td>8 GB or more</td></tr>
<tr><td>Video Card</td><td>At least 512MB of memory (GeForce GT240)</td><td>At least 1024MB of memory (GeForce GTX760 GPU)</td></tr>
<tr><td>HDD</td><td colspan="2">More than 20 GB of free space for installation<br>- For operation, the system log database requires 10 GB or more free space.</td></tr>
<tr><td>OS</td><td colspan="2">1. Console, Configuration Manager<br>- Windows 7 32bit/64bit<br>- Windows 8 32bit/64bit<br>- Windows 8.1 32bit/64bit<br>- Windows 10 32bit/64bit<br>2. System Manager / MediaGateway<br>- Windows 7 32bit/64bit<br>- Windows 8 32bit/64bit<br>- Windows 8.1 32bit/64bit<br>- Windows 10 32bit/64bit<br>- Windows Server 2008 R2 64bit<br>- Windows Server 2012 32bit/64bit</td></tr>
</table>
<br>[See page 81–Samsung Security Manager User Manual]<br><br>The actual frame rate used to receive and save data from a device may differ from the frame rate set here. If a smaller amount of data is received, only that much will be saved. ` The max throughput is 400Mbps.It supports recording with a resolution of 3MB within the throughput range. - For recording stability, using HDD with SATA2 7200rpm or higher is recommended resolution.</td>
<td>Samsung Security Manager consists of high-capacity video storage (HDD) to store digitally compressed video images.<br><br>https://www.samsung-security.com/SAMSUNG/upload/Product_Specifications/User_Manual-SSM-ENGLISH_Enterprise-151105.pdf</td>
</tr>
</table>

| Dependent Claim No. 13 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 12, the temporal parameters including frame rate. *[13.0]* | As is well-understood in the industry, the term "temporal parameters" covers both data rate and update rate (frame rate). | | |

| Dependent Claim No. 14 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 12, the spatial parameters including image dimension in pixels. *[14.0]* | As is well-understood in the industry, the term "spatial parameters" covers pixel dimensions (resolution) | | |

| Dependent Claim No. 9 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim ~~8~~.*12*, further including the step of receiving a command to set the frame rate and resolution associated with the display and storage of a particular image. *[9.0]* | ***(2:66–3:3)*** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>***(6:34–40)*** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions."<br><br>***(8:28–42)*** "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | **[See page 131 –Samsung Security Manager User Manual]**<br><br><br> | Samsung Security Manager support the change in video attributes such as spatial (resolution) and temporal (frame rate) parameters of images which can be varied through externally derived commands which also includes re-size the individual camera windows to fit them into the available screen area. Further, the motion detection initiates the modification in video parameters of the selected video.<br><br>Samsung Security Manager allows the adjusting the fps, resolution and compression for each camera on the display when the event is detected and register it in the Recording Server. |

<table>
<tr><th>Dependent Claim No. 9</th><th>HAWK USP RE43,462</th><th>Product Disclosure</th><th>Comments & Reference</th></tr>
<tr><td></td><td></td><td>

**[See page 59–Samsung Security Manager User Manual]**




**[See page 59–Samsung Security Manager User Manual]**

If you want to change the camera profile, high resolution, low resolution, and the recording profile-
1. Select the camera whose profile is to be modified from the list of cameras registered to the site.
The profile of the camera under the device can be set up, or the camera can be selected individually.
**2. Select a camera to change the settings of from the list and select a changed value from the change item at the bottom.**
3. To change the profile of the cameras in the list across the board, select the cameras using the [Ctrl] or [Shift] key in the keyboard and select the change value from the change item at the bottom.

</td><td>

https://www.samsung-security.com/SAMSUNG/upload/Product_Specifications/User_Manual-SSM-ENGLISH_Enterprise-151105.pdf

</td></tr>
</table>

| Dependent Claim No. 9 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **4.** Click the [Apply] button after the setup is complete.<br>MM `` **You can only set the recording profile for a camera registered in the Recording Server.**<br>**-- In Video Properties, there are Resolution, Quality, Frame Rate, Compression, Bitrate Control, Bitrate and GOP size.**<br><br>**[See page 80–Samsung Security Manager User Manual]**<br><br>**You can set the fps used for each camera and recording type (general/event) registered in the Recording Server**. – General recording types includes manual recording and continuous schedule recording. **- Event recording type includes: motion/alarm/video loss/intelligent video analysis/audio. You can set the recording file storage period for each camera activated.** - You can check the recording file storage period for each camera activated. - Press the Refresh button to renew the available storage period that is displayed.<br><br>**[See page 156–Samsung Security Manager User Manual]**<br><br>Digital zooming provides enlarging the video as using a magnifier.<br><br>1. Click a desired camera's video.<br><br>2. **Use digital zoom button to magnify/reduce desired portion of the video.**<br><br>3. Brightness and contrast can be adjusted too. ` | |

| Dependent Claim No. 9 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | <br>**[See page 112–Samsung Security Manager User Manual]**<br>Indicators that appear by each camera in the list show the camera's status information.<br>• : General camera<br>• : Camera supports PTZ control<br>• : In recording<br>• : Camera disconnected by a user<br>• : Camera is disconnected / unreachable<br>• : Box Type<br>• : PT Driver Type<br>• : Fish-Eye/Panomorph Type | |

| Dependent Claim No. 9 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | |  | |

| Dependent Claim No. 10 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 9, wherein the command is based upon an operator input. *[10.0]* | ***(2:66–3:3)*** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>***(6:34–40)*** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." | **[See page 2 - Samsung - SSM_A&E_Document_20130710]**<br><br>**The Console Event Monitoring window shall feature live or search filtering of events by User, System, Camera, Sensor, Alarm Out, Video Loss, Motion, Passing, Entering, Exiting, Disappearing /Appearing, Tampering, Scene Change, Tracking, Face Detection and Audio Detection.**<br><br>**[See page 62 - Samsung Security Manager User Manual]**<br><br> | Samsung Security Manager support externally derived operator commands as Entering, Exiting, Tampering Scene, motion sensors etc. Further, the motion sensor initiates the re-sizing of the selected video image and modification in the video parameters.<br><br>https://www.samsung-security.com/SAMSUNG/upload/Product_Specifications/User_Manual-SSM-ENGLISH_Enterprise-151105.pdf |

| Dependent Claim No. 10 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **‘’ See page 144 - Samsung Security Manager User Manual]**<br><br>**[See page 121 - Samsung Security Manager User Manual]**<br><br>Use zoom control bar to zoom in/out the current map screen.<br>To zoom in/out, click the control bar in the middle and drag.<br>Mouse wheel button zooms in/out the map too.<br>**When the image tile on the map is double clicked, the size is changed in the sequence of 1X, 2X, 3X ; 1X, 2X …**<br><br>**[See page 143 - Samsung Security Manager User Manual]**<br><br>**If clicked Zoom In/Out button, it resizes by 50%.**<br>Restoring to the Original Size exits digital zooming | |

| Dependent Claim No. 11 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 9, wherein the command is based upon an external stimulus. *[11.0]* | ***(6:34– 40)*** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions."<br><br>***(8:28– 42)*** "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | **[See page 131 –Samsung Security Manager User Manual]**<br> | Samsung Security Manager support the change in video attributes such as spatial (resolution) and temporal (frame rate) parameters of images which can be varied through externally derived commands which also includes re-size the individual camera windows to fit them into the available screen area. Further, the motion detection initiates the modification in video parameters of the selected video.<br><br>Samsung Security Manager allows the adjusting the fps, resolution and compression for each camera on the display when the event is detected and register it in the Recording Server. |

| Dependent Claim No. 11 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **[See page 59–Samsung Security Manager User Manual]**<br><br><br>**[See page 59–Samsung Security Manager User Manual]**<br>If you want to change the camera profile, high resolution, low resolution, and the recording profile-<br>1. Select the camera whose profile is to be modified from the list of cameras registered to the site.<br>The profile of the camera under the device can be set up, or the camera can be selected individually.<br>**2. Select a camera to change the settings of from the list and select a changed value from the change item at the bottom.**<br>3. To change the profile of the cameras in the list across the board, select the cameras using the [Ctrl] or [Shift] key in the keyboard and select the change value from the change item at the bottom. | https://www.samsung-security.com/SAMSUNG/upload/Product_Specifications/User_Manual-SSM-ENGLISH_Enterprise-151105.pdf |

| Dependent Claim No. 11 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **4.** Click the [Apply] button after the setup is complete.<br>MM `` **You can only set the recording profile for a camera registered in the Recording Server.**<br>**-- In Video Properties, there are Resolution, Quality, Frame Rate, Compression, Bitrate Control, Bitrate and GOP size.**<br><br>**[See page 80–Samsung Security Manager User Manual]**<br><br>**You can set the fps used for each camera and recording type (general/event) registered in the Recording Server**. – General recording types includes manual recording and continuous schedule recording. **- Event recording type includes: motion/alarm/video loss/intelligent video analysis/audio. You can set the recording file storage period for each camera activated.** - You can check the recording file storage period for each camera activated. - Press the Refresh button to renew the available storage period that is displayed.<br><br>**[See page 156–Samsung Security Manager User Manual]**<br><br>Digital zooming provides enlarging the video as using a magnifier.<br><br>1. Click a desired camera's video.<br><br>2. **Use digital zoom button to magnify/reduce desired portion of the video.**<br><br>3. Brightness and contrast can be adjusted too. ` | |

<table>
<tr><th>Dependent Claim No. 11</th><th>HAWK USP RE43,462</th><th>Product Disclosure</th><th>Comments & Reference</th></tr>
<tr><td></td><td></td><td>




**[See page 112–Samsung Security Manager User Manual]**

Indicators that appear by each camera in the list show the camera's status information.

- : General camera
- : Camera supports PTZ control
- : In recording
- : Camera disconnected by a user
- : Camera is disconnected / unreachable
- : Box Type
- : PT Driver Type
- : Fish-Eye/Panomorph Type

</td><td></td></tr>
</table>

| Dependent Claim No. 11 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | |  | |