UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC<br><br>Plaintiff(s),<br><br>vs.<br><br>PHILADELPHIA PERFORMING ARTS CHARTER SCHOOL<br><br>Defendant. | CASE NO.: 2:16-cv-02655-JS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Hawk Technology Systems, LLC ("Plaintiff") and Defendant Philadelphia Performing Arts Charter School ("Defendant"), by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court enter an order dismissing with prejudice all of Plaintiff's and Defendant's claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith, Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

| | |
|---|---|
| By: /s/ Christopher P. Fiore<br>    CHRISTOPHER P. FIORE<br>    FIORE & BARBER, LLC<br>    418 MAIN ST., STE 100<br>    HARLEYSVILLE, PA 19438 | By: /s/ Dante C. Rohr<br>    DANTE C. ROHR, ESQUIRE<br>    MARSHALL DENNEHEY WARNER<br>    COLEMAN & GOGGIN<br>    200 Lake Drive East, Suite 300<br>    Cherry Hill, NJ 08002 |
| **Attorneys for Plaintiff**<br>**Hawk Technology Systems, LLC** | **Attorneys for Defendant**<br>**Philadelphia Performing Arts Charter School** |
| DATED:   8/1/2016 | DATED:   8/1/2016 |